IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

RONALD D. GARR, :
:
    Plaintiff(s), :
: Case Number: 1:09CV128
vs. :
: Chief Judge Susan J. Dlott
COMMISSIONER OF SOCIAL SECURITY, :
:
    Defendant(s). :

ORDER

This matter is before the Court pursuant to the Order of General Reference in the United States District Court for the Southern District of Ohio Western Division to United States Magistrate Judge Timothy S. Hogan. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and filed with this Court on October 21, 2009 a Report and Recommendation (Doc. 13).  Subsequently, the plaintiff filed objections to such Report and Recommendation (Doc. 14).

The Court has reviewed the comprehensive findings of the Magistrate Judge and considered de novo all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Recommendations should be adopted.

Accordingly, plaintiff's complaint is **DISMISSED** with prejudice for lack of prosecution. The Court certifies pursuant to 28 U.S.C. § 1915(a) that an appeal of this Order will not be taken in good faith and therefore **DENIES** plaintiff leave to appeal *in forma pauperis*.  Plaintiff, a non-prisoner, remains free to apply to proceed *in forma pauperis* in the Court of Appeals.

*See Callihan v. Schneider,* 178 F.3d 800, 803 (6th Cir. 1999), overruling in part *Floyd v. United States Postal Serv.,* 105 F.3D 274, 277 (6th Cir. 1997).

    IT IS SO ORDERED.

                                              ___s/Susan J. Dlott_____  
                                              Chief Judge Susan J. Dlott  
                                              United States District Court